1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

Lakehurst Condominium Owners Association,

9

Plaintiff,

Case No. C05-1987RSM

10

v.

DISMISSAL ORDER

11

12

Trinity Universal Insurance Company of Kansas
a foreign corporation, et al.,

13

Defendant.

14

15

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

16

17

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

18

19

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within forty-five (45) days of the date of this order.  Any trial date

20

and pretrial dates previously set are hereby VACATED.

21

IT IS SO ORDERED this 28 day of November, 2007.

22

23

24

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

25

26

DISMISSAL ORDER